IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| JAMES BERNARD EDWARDS, | * | |
| Petitioner, | * | |
| v. | | Case No. 7:25-cv-84 (WLS-ALS) |
| | * | |
| WARDEN DESHAWN JONES, | | |
| | * | |
| Respondent. | | |
| | * | |

**JUDGMENT**

Pursuant to this Court's Order dated 9/9/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 9th day of September, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk